JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE CHONG, | Case No.: 2:21-cv-03003-DFM |
| Plaintiff, | JUDGMENT |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: September 28, 2021     _____
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE